```
ROBERT SHERMAN WYNNE
WYNNE LAW OFFICE
2150 TULARE STREET
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-9800
FACSIMILE:   (559) 266-3421
```

Attorney for Defendant JORGE MEZA-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JORGE MEZA-FELIX,<br><br>          Defendant | Case No.: CR-S-05-189   LKK<br><br><br>ORDER |

      The above-captioned matter came on for status conference on February 28th, 2006.  The plaintiff, the United States of America, was represented by the United States Attorney.  Defendant, Luis Armando de la Herran Meza, was represented by Federal Defender Tim Zindel.  Defendant, Jorge Meza Felix, is represented by attorney Robert Sherman Wynne, however, Mr. Zindel made a special appearance for Mr. Wynne.

      Defendant Luis Armando de la Herran Meza entered into a plea agreement with the Government.  Defendant Jorge Meza Felix, due to ongoing negotiations and in consideration of the co-defendants' plea, continued his status conference to March 21st, 2006 at 9:30 a.m. with time excluded to that date under Local Code T-4.  The parties agreed that additional time was

/////

needed in light of recent developments and discovery issues.

Dated: March 17, 2006          /s/ Lawrence K. Karlton

                               LAWRENCE K. KARLTON
                               Senior United States District Judge

/////