McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-05-189 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| JORGE MEZA FELIX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defense counsel requests that status conference in this case currently scheduled for March 21, 2006 at 9:30 a.m. be continued to April 25, 2006 at 9:30 a.m. The government joins in this request.  The government has provided a plea agreement to defense counsel and the continuance is necessary so that counsel can meet with the defendant, fully discuss the evidence in the case and the plea agreement with the defendant and advise the defendant regarding the plea agreement's terms and conditions.  Defense counsel believes that given the additional time to meet with the defendant the case will likely resolve under the terms of the plea agreement now offered by the government.

    The parties also request that the Court find that the interests of justice served by granting this continuance outweigh

1 the best interests of the public and the defendant in a speedy
2 trial, 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time,
3 therefore, be excluded from March 21, 2006 through April 25, 2006
4 for effective and diligent preparation of counsel.

Date: March 17, 2006                    MCGREGOR W. SCOTT
                                        United States Attorney

                                  By    /s/ March L. Grad
                                        MARY L. GRAD
                                        Assistant U.S. Attorney

Date: March 17, 2006                    /s/ Robert Sherman Wynne
                                        ROBERT SHERMAN WYNNE
                                        Counsel for Defendant

SO ORDERED.

DATE: March 17, 2006                    /s/ Lawrence K. Karlton
                                        HON. LAWRENCE K. KARLTON
                                        United States District Judge