HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE MEZA FELIX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JORGE MEZA FELIX,<br><br>    Defendant. | No. 2:05-cr-189-TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable TROY L. NUNLEY |

  Defendant, JORGE MEZA FELIX by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

  1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

  2.  On August 29, 2006, this Court sentenced Mr. Felix to a term of 135 months imprisonment;

  3.  His total offense level was 31, his criminal history category was III, and the resulting guideline range was 135 to 168 months;

4. The sentencing range applicable to Mr. Felix was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Felix's total offense level has been reduced from 31 to 29, and his amended guideline range is 120 to 135 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Felix's term of imprisonment to a term of 120 months.

Respectfully submitted,

Dated:  December 3, 2014                        Dated:   December 3, 2014

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Jason Hitt*                                          /s/ *David M. Porter*
JASON HITT                                            DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                               Attorney for Defendant
UNITED STATES OF AMERICA             JORGE MEZA FELIX

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Felix is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 120 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2006 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Felix shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  December 3, 2014

Troy L. Nunley
United States District Judge