AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:05-cr-00189-TLN   Document 88   Filed 12/08/14   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

___EASTERN___ District of ___CALIFORNIA___

| | |
|---|---|
| United States of America ) | |
| v.  ) | Case No: 2:05CR00189-03 |
| JORGE MEZA FELIX  ) | |
|  ) | USM No: 15771-097 |
| Date of Original Judgment: 08/29/2006  ) | |
| Date of Previous Amended Judgment: _____  ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___135___ months **is reduced to** ___120 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___08/29/2006___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___12/05/2014___

*Judge's signature*

Effective Date: ___11/01/2015___    Troy L. Nunley, United States District Court Judge
*(if different from order date)*    *Printed name and title*